UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTUARY TRANSIT DISTRICT AND TEAMSTERS 671 HEALTH SERVICE & INSURANCE PLAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD HEALTHCARE CORPORATION, HARTFORD HOSPITAL, HARTFORD HEALTHCARE MEDICAL GROUP, INC., INTEGRATED CARE PARTNERS, LLC,<br><br>Defendants. | Case No.:   3:24-cv-01051 (SFR) |

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 80 AND 81**

Pursuant to Rules 26(b) and 37(a) of the Federal Rules of Civil Procedure and Local Civil Rules 7 and 37, Plaintiffs Estuary Transit District and Teamsters 671 Health Service & Insurance Plan (collectively, "Plaintiffs") respectfully move for the Court to compel Defendants Hartford HealthCare Corporation, Hartford Hospital, Hartford HealthCare Medical Group, Inc., and Integrated Care Partners, LLC (collectively, "HHC") to produce documents responsive to Plaintiffs' Requests for Production Nos. 80 and 81. As set forth in the accompanying memorandum of law, compelling the production of these documents is warranted given their relevance to Plaintiffs' claims and the limited burden imposed on HHC to produce such documents.

**ORAL ARGUMENT REQUESTED**

March 3, 2025                              Respectfully submitted,

/s/ *Jonathan M. Shapiro*
Jonathan M. Shapiro (ct24075)
**AETON LAW PARTNERS LLP**
311 Centerpoint Drive
Middletown, Connecticut 06475
Telephone: (860) 724-2160
jms@aetonlaw.com

Michael B. Eisenkraft (*pro hac vice*)
Christopher J. Bateman (*pro hac vice*)
Silvie Saltzman (*pro hac vice* forthcoming)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Suite 1400
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
meisenkraft@cohenmilstein.com
cbateman@cohenmilstein.com

Brent W. Johnson (*pro hac vice*)
Nathaniel D. Regenold (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
nregenold@cohenmilstein.com

Douglas A. Millen (*pro hac vice*)
Michael E. Moskovitz (*pro hac vice*)
Robert J. Wozniak (*pro hac vice*)
Matthew W. Ruan (*pro hac vice*)
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
rwozniak@fklmlaw.com
mruan@fklmlaw.com

Daniel J. Walker (*pro hac vice*)
Hope Brinn
**BERGER MONTAGUE PC**
1001 G Street, NW Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9745
dwalker@bm.net
hbrinn@bm.net

Eric L. Cramer *(pro hac vice)*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net

Frank R. Schirripa *(pro hac vice)*
Scott Jacobsen *(pro hac vice)*
**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
Telephone: (212) 213-8311
fschirripa@hrsclaw.com
sjacobsen@hrsclaw.com

*Attorneys for Plaintiffs Estuary Transit District and Teamsters 671 Health Service & Insurance Plan and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated this 3rd day of March 2025.

*/s/ Jonathan M. Shapiro*
Jonathan M. Shapiro (ct24075)