UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTUARY TRANSIT DISTRICT AND TEAMSTERS 671 HEALTH SERVICE & INSURANCE PLAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD HEALTHCARE CORPORATION, HARTFORD HOSPITAL, HARTFORD HEALTHCARE MEDICAL GROUP, INC., INTEGRATED CARE PARTNERS, LLC,<br><br>Defendants. | Case No.: 3:24-cv-01051 (SFR) |

## PARTIES' JOINT STATUS REPORT

Pursuant to the Court's November 1, 2024 Order, Plaintiffs ("Direct Purchaser Plaintiffs" or "DPPs") and Defendants ("Hartford HealthCare") (collectively, the "Parties") respectfully submit this Joint Status Report to describe "what discovery has been done and [to] advis[e] the Court of any anticipated problems." ECF No. 91.

**A. Status of the Case**

1. Status of Discovery

The Parties continue to work diligently to complete discovery within the time limits prescribed by the Court. *See* ECF No. 90 (setting April 30, 2025 deadline for substantial completion for requests for production served on or before October 16, 2024, and October 26, 2025 cutoff for fact discovery). Plaintiffs continue to review the over one million documents Hartford HealthCare produced in response to Plaintiffs' first set of document requests. The Parties continue to meet and confer regarding HHC's first set of document requests to Plaintiffs, to which

Plaintiffs timely responded and objected on January 10, 2025; Plaintiffs' second set of document requests, to which HHC timely responded and objected on January 17, 2025; and Plaintiffs' first set of interrogatories, to which HHC timely responded and objected on January 30, 2025. HHC provided Plaintiffs with a list of three proposed custodians, as well as search terms, for Plaintiff Estuary Transit on February 24, 2025. HHC provided DPPs with a list of five proposed custodians and search terms for Plaintiff Teamsters 671 on February 24, 2025, and changed one of those custodians to another individual on March 24, 2025. HHC is currently awaiting reports from Plaintiffs on the number of documents hit by these searches.

The Parties also reached impasse on Plaintiffs' third set of document requests, to which HHC timely responded and objected on February 7, 2025. Accordingly, Plaintiffs filed a motion to compel on March 3, 2025. *See infra*. Since the Parties' January 30, 2025 Joint Status Report, ECF No. 96, HHC served its first set of interrogatories on March 3, 2025, to which Plaintiffs plan to timely respond and object by April 2, 2025. The Parties also reached agreement on the relevant time period for DPPs' discovery requests.

DPPs continue to meet and confer with the 13 provider groups they subpoenaed seeking documents related to, among other things, any purported affiliations those groups may have with Defendant Integrated Care Partners, LLC. DPPs also continue to meet and confer with a large health care services provider that competes with Hartford HealthCare in Connecticut and with several health insurers. HHC served their own third-party subpoenas on several health insurers.

On February 14, 2025, Plaintiffs, alongside indirect purchaser plaintiffs in *Brown v. Hartford HealthCare Corp.*, No. X03-HHD-CV22-6152239-S (Conn. Super. Ct. filed Feb. 14, 2022), filed a Motion to Intervene in *Saint Francis Hospital & Medical Center v. Hartford HealthCare Corporation*, No. 3:22-cv-00050 (SVN) (D. Conn.) (the "*Saint Francis*" case),

another case Defendants settled on January 3, 2025. The Motion requested a temporary stay of a provision in the *Saint Francis* Protective Order that provides for the return and/or destruction of relevant discovery material that Plaintiffs requested in this case. *Saint Francis,* ECF No. 307. HHC took no position on Plaintiffs' motion. *Saint Francis* ECF No. 309. The court granted Plaintiffs' motion on March 7, 2025 and suspended the relevant requirements of the *Saint Francis* Protective Order until June 5, 2025.

2. Pending Motions

As noted above, on March 3, 2025, Plaintiffs filed a motion to compel production of certain documents responsive to their third set of document requests related to the recent *Saint Francis* settlement. The Court referred Plaintiffs' motion to Magistrate Judge Thomas O. Farrish on March 14, 2025. HHC opposed Plaintiffs' motion on March 24, 2025, and Plaintiffs plan to timely reply by April 7, 2025.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jonathan M. Shapiro | /s/ Patrick M. Fahey |
| Jonathan M. Shapiro (ct24075)<br>AETON LAW PARTNERS LLP<br>311 Centerpoint Drive<br>Middletown, Connecticut 06475<br>Telephone: (860) 724-2160<br>jms@aetonlaw.com<br><br>Matthew W. Ruan<br>Douglas A. Millen<br>Robert J. Wozniak<br>Michael E. Moskovitz<br>FREED KANNER LONDON & MILLEN LLC<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069<br>Telephone: (224) 632-4500 | Patrick M. Fahey (ct13862)<br>Karen T. Staib (ct21119)<br>SHIPMAN & GOODWIN LLP<br>One Constitution Plaza<br>Hartford, CT 06103<br>Tel.: 860-251-5000<br>Fax: 860-251-5319<br>Email: pfahey@goodwin.com<br>Email: kstaib@goodwin.com |

mruan@fklmlaw.com
dmillen@fklmlaw.com

Michael B. Eisenkraft
Christopher J. Bateman
Silvie R. Saltzman
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, Suite 1400
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
meisenkraft@cohenmilstein.com
cbateman@cohenmilstein.com
ssaltzman@cohenmilstein.com

Brent W. Johnson
Nathaniel D. Regenold
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
nregenold@cohenmilstein.com

Daniel J. Walker
Hope Brinn
BERGER MONTAGUE PC
1001 G Street, NW Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9745
dwalker@bm.net
hbrinn@bm.net


Eric L. Cramer
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net

Frank R. Schirripa
Scott Jacobsen
HACH ROSE SCHIRRIPA &

Stephen Weissman
Jamie E. France
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8690
sweissman@gibsondunn.com
jfrance@gibsondunn.com

Erick J. Stock
Joshua J. Obear
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212)351-4000
estock@gibsondunn.com
jobear@gibsondunn.com

Thomas J. Dillickrath
Leo D. Caseria
Joseph Antel
Rachel Guy
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6801
(202) 747-1900
tdillickrath@sheppardmullin.com
lcaseria@sheppardmullin.com
jantel@sheppardmullin.com
rguy@sheppardmullin.com

Joy O. Siu
SHEPPARD MULLIN RICHTER & HAMPTON LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111-4158
(415) 774-3108
jsiu@sheppardmullin.com

*Attorneys for Defendants Hartford Healthcare Corporation, Hartford Hospital, Hartford HealthCare Medical Group, Inc., and Integrated Care Partners, LLC*

4

CHEVERIE LLP
112 Madison Avenue, 10th Floor
New York, NY 10016
Telephone: (212) 213-8311
fschirripa@hrsclaw.com
SJacobsen@hrsclaw.com

*Attorneys for Plaintiffs Estuary Transit District and Teamsters 671 Health Service & Insurance Plan and the Proposed Class*