Civil- (Dec-2008)

HONORABLE: T. O. Farrish

DEPUTY CLERK R. K. Wood     RPTR/ECRO/TAPE Court Smart

TOTAL TIME: _____ hours  35 minutes
DATE: 4/11/25    START TIME: 10:00 a.m.    END TIME: 10:35 a.m.
LUNCH RECESS    FROM: _____ TO: _____
RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. 3:24CV1051 (SFR)

| Estuary Transit District, et al. | D. Walker, J. Shapiro, N. Regenold, |
|---|---|
| | Plaintiff's Counsel   H. Brinn |
| vs | |
| Hartford Healthcare Corp. et al. | M. King, T. Dillickrath, L. Caseria |
| | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing            [ ] Show Cause Hearing
[ ] Evidentiary Hearing       [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] ….# 97    Motion to Compel          [ ] granted [ ] denied [✓] advisement
[ ] ….#____  Motion _____      [ ] granted [ ] denied [ ] advisement
[ ] ….#____  Motion _____      [ ] granted [ ] denied [ ] advisement
[ ] ….#____  Motion _____      [ ] granted [ ] denied [ ] advisement
[ ] ….#____  Motion _____      [ ] granted [ ] denied [ ] advisement
[ ] ….#____  Motion _____      [ ] granted [ ] denied [ ] advisement
[ ] ….#____  Motion _____      [ ] granted [ ] denied [ ] advisement
[ ] ….        Oral Motion _____   [ ] granted [ ] denied [ ] advisement
[ ] ….        Oral Motion _____   [ ] granted [ ] denied [ ] advisement
[ ] ….        Oral Motion _____   [ ] granted [ ] denied [ ] advisement
[ ] ….        Oral Motion _____   [ ] granted [ ] denied [ ] advisement
[ ] ….  [ ] Briefs(s) due _____  [ ] Proposed Findings due _____  Response due _____
[ ] ……………  _____   [ ] filed [ ] docketed
[ ] ……………  _____   [ ] filed [ ] docketed
[ ] ……………  _____   [ ] filed [ ] docketed
[ ] ……………  _____   [ ] filed [ ] docketed
[ ] ……………  _____   [ ] filed [ ] docketed
[ ] ……………  _____   [ ] filed [ ] docketed
[ ] ……………  Hearing continued until _____ at _____

Notes: Telephonic motion hearing was held.