**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| ESTUARY TRANSIT DISTRICT AND TEAMSTERS 671 HEALTH SERVICE & INSURANCE PLAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>HARTFORD HEALTHCARE CORPORATION, HARTFORD HOSPITAL, HARTFORD HEALTHCARE MEDICAL GROUP, INC., INTEGRATED CARE PARTNERS, LLC,<br><br>        Defendants. | Case No.:        3:24-cv-01051 (SFR) |

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

Before the Court is the Parties' Joint Motion to Amend Scheduling Order. Based upon the filings and proceedings herein, and finding good cause under Rule 16 of the Federal Rules of Civil Procedure and Local Civil Rule 16(b), it is hereby **ORDERED** that:

The following amended scheduling order shall govern.

| Event | Original Deadline (*see* ECF No. 91) | Proposed Deadline |
|---|---|---|
| Party-Affiliated Discovery Cutoff (*excepting depositions of select ICP-affiliated physician practices and Plaintiff depositions*)[1] | 10/26/2025 | 10/26/2025 |

---

[1] In addition, Plaintiffs and HHC may each take three party-affiliated depositions between January 16, 2026, and March 20, 2026, the identity of whom must be agreed to by the Parties.

| Event | Original Deadline (*see* ECF No. 91) | Proposed Deadline |
|---|---|---|
| Deadline for Depositions of Eight Additional ICP-affiliated physician practices and Plaintiff Depositions[2] | N/A | 12/17/2025 |
| Non-Party Deadline to Produce All Data | N/A | 1/16/2025 |
| All Remaining Fact Discovery Cutoff | N/A | 3/20/2026 |
| Plaintiffs' Opening Class Expert Reports | 12/1/2025 | 5/1/2026 |
| Defendants' Opposing Class Expert Reports | 2/4/2026 | 7/10/2026 |
| Plaintiffs' Rebuttal Class Expert Reports | 3/20/2026 | 8/21/2026 |
| Completion of Expert Depositions | 5/1/2026 | 10/2/2026 |
| Deadline to File *Daubert* Motions Related to Class Certification | 6/3/2026 | 10/30/2026 |
| Deadline to File Motion to Certify Class | 6/10/2026 | 11/06/2026 |
| Deadline to File Opposition to *Daubert* Motions Related to Class Certification | 7/15/2026 | 1/13/2027 |
| Deadline to File Opposition to Motion to Certify Class | 7/22/2026 | 1/20/2027 |
| Deadline to File Reply in Support of *Daubert* Motion | 8/12/2026 | 2/26/2027 |
| Deadline to File Reply in Support of Motion to Certify Class | 8/19/2026 | 3/5/2027 |
| Parties to Inform the Court of Whether a Settlement Conference Is Requested | 9/2/2026 | 3/19/2027 |
| Hearing on Motion for Class Certification | To be determined by the Court | To be determined by the Court |

---

[2] The identity of the eight ICP-affiliated physician practices whose depositions may take place between October 26, 2025, and December 17, 2025, must be agreed to by the parties. In addition, on an ad hoc basis, when justified for the convenience of a particular witness, and with the consent of all parties, a deposition may be scheduled for a date that is later than the dates provided herein, provided that it does not interfere with the other dates in the schedule.

| Event | Original Deadline (*see* ECF No. 91) | Proposed Deadline |
|---|---|---|
| Exchange of Proposed Schedules for Merits Expert Reports, Summary Judgment, and Trial | One week after the Court's decisions on Motion to Certify Class and related *Daubert* Motions | Ten days after the Court's decisions on Motion to Certify Class and related *Daubert* Motions |
| Status Conference to Determine Remainder of Schedule | Two weeks after the Court's decisions on Motion to Certify Class and Related *Daubert* Motions | Three weeks after the Court's decisions on Motion to Certify Class and Related *Daubert* Motions |

**IT IS SO ORDERED.**

DATED: 10/1/2025                /s/Sarah F. Russell

                                                 Honorable Sarah F. Russell
                                                 United States District Judge