# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

ESTUARY TRANSIT DISTRICT AND
TEAMSTERS 671 HEALTH SERVICE &
INSURANCE PLAN, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

        v.

HARTFORD HEALTHCARE CORPORATION,
HARTFORD HOSPITAL, HARTFORD
HEALTHCARE MEDICAL GROUP, INC.,
INTEGRATED CARE PARTNERS, LLC,

        Defendants.

Case No.:     3:24-cv-01051 (SFR)

## JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 16(b), Plaintiffs Estuary Transit District and Teamsters 671 Health Service & Insurance Plan (collectively, "Plaintiffs") and Defendants Hartford HealthCare Corporation, Hartford Hospital, Hartford HealthCare Medical Group, Inc., and Integrated Care Partners, LLC (collectively, "HHC," and together with Plaintiffs, the "Parties") respectfully move for the Court to amend the operative case management schedule as set forth in the table below.[1] In support of their motion, the Parties state as follows:

1.      The current scheduling order is dated October 1, 2025. *See* ECF No. 126. Pursuant to that Order, fact discovery closed on March 20, 2026.

---

[1] Plaintiffs in the *Brown et al. v. Hartford HealthCare Corp.*, No. X03-CV22-6152239-S (Conn. Super. Ct. Hartford) (the "*Brown* litigation"), and Defendants have agreed to similarly modify the case schedule in that matter in order to ensure that both matters continue to remain aligned.

1

2.      The Parties worked diligently to complete discovery by the so-ordered date, conducting 30 party and non-party depositions. However, due to scheduling constraints and despite the parties' and non-parties' best efforts, a handful of depositions of some of the largest commercial health plans operating in Connecticut (collectively, the "Payors") are scheduled to occur—with all parties' consent and to avoid burdening the Court—outside the fact discovery cutoff. For example, the deposition of Aetna is scheduled for April 9, 2026; the deposition of UnitedHealthcare is scheduled for April 10, 2026; and the deposition of Cigna is scheduled for April 14, 2026. These depositions will provide testimony regarding contract negotiations between the Payors and HHC, network adequacy considerations, pricing and market share analyses, and the claims data produced by these Payors.

3.      Plaintiffs maintain that this forthcoming testimony will be a key input into the Parties' expert reports. Under the current schedule, Plaintiffs' Opening Class Expert Reports are due on May 1, 2026, just two weeks after the Cigna deposition. Plaintiffs seek additional time to adequately consider and account for this forthcoming testimony in light of all other discovery obtained in this case. For this reason, the Parties believe that there is good cause to modify the schedule.

4.      The Parties respectfully propose the following schedule, which extends the deadline for Opening Class Expert Reports by 19 days and provides for a commensurate 19-day extension to all remaining deadlines:

| Event | Operative Deadline (*see* ECF No. 126) | Proposed Deadline |
|---|---|---|
| Plaintiffs' Opening Class Expert Reports | 5/1/2026 | 5/20/2026 |
| Defendants' Opposing Class Expert Reports | 7/10/2026 | 8/4/2026 |

2

| Event | Operative Deadline (*see* ECF No. 126) | Proposed Deadline |
|---|---|---|
| Plaintiffs' Rebuttal Class Expert Reports | 8/21/2026 | 9/15/2026 |
| Completion of Expert Depositions | 10/2/2026 | 10/23/2026 |
| Deadline to File *Daubert* Motions Related to Class Certification | 10/30/2026 | 11/18/2026 |
| Deadline to File Motion to Certify Class | 11/6/2026 | 11/25/2026 |
| Deadline to File Opposition to *Daubert* Motions Related to Class Certification | 1/13/2027 | 1/29/2027 |
| Deadline to File Opposition to Motion to Certify Class | 1/20/2027 | 2/5/2027 |
| Deadline to File Reply in Support of *Daubert* Motion | 2/26/2027 | 3/17/2027 |
| Deadline to File Reply in Support of Motion to Certify Class | 3/5/2027 | 3/24/2027 |
| Parties to Inform the Court of Whether a Settlement Conference is Requested | 3/19/2027 | 4/7/2027 |
| Hearing on Motion for Class Certification | To be determined by the Court | To be determined by the Court |
| Exchange of Proposed Schedules for Merits Expert Reports, Summary Judgment, and Trial | One week after the Court's decisions on Motion to Certify Class and related *Daubert* Motions | One week after the Court's decisions on Motion to Certify Class and related *Daubert* Motions |
| Status Conference to Determine Remainder of Schedule | Two weeks after the Court's decisions on Motion to Certify Class and Related *Daubert* Motions | Two weeks after the Court's decisions on Motion to Certify Class and Related *Daubert* Motions |

Dated: April 2, 2026                                Respectfully Submitted,


*/s/ Michael B. Eisenkraft*                        */s/ Patrick M. Fahey*

Jonathan M. Shapiro (ct24075)
AETON LAW PARTNERS LLP
311 Centerpoint Drive
Middletown, Connecticut 06475
Telephone: (860) 724-2160
jms@aetonlaw.com

Matthew W. Ruan
Douglas A. Millen
Robert J. Wozniak
Michael E. Moskovitz
Samantha Gupta
FREED KANNER LONDON & MILLEN
LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
sgupta@fklmlaw.com

Michael B. Eisenkraft
Christopher J. Bateman
Silvie R. Saltzman
COHEN MILSTEIN SELLERS & TOLL
PLLC
88 Pine Street, Suite 1400
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
meisenkraft@cohenmilstein.com
cbateman@cohenmilstein.com
ssaltzman@cohenmilstein.com

Brent W. Johnson
Nathaniel D. Regenold
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
nregenold@cohenmilstein.com

Patrick M. Fahey (ct13862)
Karen T. Staib (ct21119)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
Tel.: 860-251-5000
Fax: 860-251-5319
Email: pfahey@goodwin.com
Email: kstaib@goodwin.com

Stephen Weissman
Jamie E. France
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8690
sweissman@gibsondunn.com
jfrance@gibsondunn.com

Eric J. Stock
Joshua J. Obear
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212)351-4000
estock@gibsondunn.com
jobear@gibsondunn.com

Thomas J. Dillickrath
Leo D. Caseria
Joseph Antel
Rachel Guy
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6801
(202) 747-1900
tdillickrath@sheppardmullin.com
lcaseria@sheppardmullin.com
jantel@sheppardmullin.com
rguy@sheppardmullin.com

Joy O. Siu
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
4 Embarcadero Center, 17th Floor

Daniel J. Walker
BERGER MONTAGUE PC
1001 G Street, NW Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9745
dwalker@bergermontague.com

Eric L. Cramer
Laurel Boman
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bergermontague.com
lboman@bergermontague.com

Frank R. Schirripa
Scott Jacobsen
HACH ROSE SCHIRRIPA &
CHEVERIE LLP
112 Madison Avenue, 10th Floor
New York, NY 10016
Telephone: (212) 213-8311
fschirripa@hrsclaw.com
SJacobsen@hrsclaw.com

*Attorneys for Plaintiffs Estuary Transit District and Teamsters 671 Health Service & Insurance Plan and the Proposed Class*

San Francisco, CA 94111-4158
(415) 774-3108
jsiu@sheppardmullin.com

*Attorneys for Defendants Hartford Healthcare Corporation, Hartford Hospital, Hartford HealthCare Medical Group, Inc., and Integrated Care Partners, LLC*