**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ESTUARY TRANSIT DISTRICT AND TEAMSTERS 671 HEALTH SERVICE & INSURANCE PLAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD HEALTHCARE CORPORATION, HARTFORD HOSPITAL, HARTFORD HEALTHCARE MEDICAL GROUP, INC., INTEGRATED CARE PARTNERS, LLC,<br><br>Defendants. | Case No.:    3:24-cv-01051 (SFR) |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Before the Court is the Parties' Joint Motion to Amend the Scheduling Order. Based upon the filings and proceedings herein, and finding good cause under Rule 16 of the Federal Rules of Civil Procedure and Local Civil Rule 16(b), it is hereby **ORDERED** that:

The following amended scheduling order shall govern.

| Event | Operative Deadline (*see* ECF No. 126) | Proposed Deadline |
|---|---|---|
| Plaintiffs' Opening Class Expert Reports | 5/1/2026 | 5/20/2026 |
| Defendants' Opposing Class Expert Reports | 7/10/2026 | 8/4/2026 |
| Plaintiffs' Rebuttal Class Expert Reports | 8/21/2026 | 9/15/2026 |
| Completion of Expert Depositions | 10/2/2026 | 10/23/2026 |
| Deadline to File *Daubert* Motions Related to Class Certification | 10/30/2026 | 11/18/2026 |

| Event | Operative Deadline (*see* ECF No. 126) | Proposed Deadline |
|---|---|---|
| Deadline to File Motion to Certify Class | 11/6/2026 | 11/25/2026 |
| Deadline to File Opposition to *Daubert* Motions Related to Class Certification | 1/13/2027 | 1/29/2027 |
| Deadline to File Opposition to Motion to Certify Class | 1/20/2027 | 2/5/2027 |
| Deadline to File Reply in Support of *Daubert* Motion | 2/26/2027 | 3/17/2027 |
| Deadline to File Reply in Support of Motion to Certify Class | 3/5/2027 | 3/24/2027 |
| Parties to Inform the Court of Whether a Settlement Conference is Requested | 3/19/2027 | 4/7/2027 |
| Hearing on Motion for Class Certification | To be determined by the Court | To be determined by the Court |
| Exchange of Proposed Schedules for Merits Expert Reports, Summary Judgment, and Trial | One week after the Court's decisions on Motion to Certify Class and related *Daubert* Motions | One week after the Court's decisions on Motion to Certify Class and related *Daubert* Motions |
| Status Conference to Determine Remainder of Schedule | Two weeks after the Court's decisions on Motion to Certify Class and Related *Daubert* Motions | Two weeks after the Court's decisions on Motion to Certify Class and Related *Daubert* Motions |

**IT IS SO ORDERED.**

DATED:    April 3, 2026 _____          /s/ Sarah F. Russell _____

Honorable Sarah F. Russell
United States District Judge