Message

| | |
|---|---|
| **From:** | Zinkerman, David [david.zinkerman@hhchealth.org] |
| **Sent:** | 2/6/2023 10:35:16 AM |
| **To:** | Zinkerman, David [David.Zinkerman@hhchealth.org]; Hasselman, Tricia [Tricia.Hasselman@hhchealth.org] |
| **Subject:** | Conversation with Zinkerman, David |



CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819971



CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819973



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819974



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819975



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819976



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819977



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819978



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819979



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819980



CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819982



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819983



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819984



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819985



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819986



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819987



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819988



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819989



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819990



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819991



Zinkerman, David 4:34 PM:
walked Kyle through proposal now going to work with Bevin and Mack for sign-off



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819992



CONFIDENTIAL - ATTORNEYS' EYES ONLY

HHC-BROWN-05819993