# APPENDIX A

**APPENDIX A: ENTRIES STILL IN DISPUTE AS OF JUNE 1, 2026**

PLHHC-BROWN-000015
PLHHC-BROWN-000142
PLHHC-BROWN-000145
PLHHC-BROWN-000147
PLHHC-BROWN-000987
PLHHC-BROWN-000988
PLHHC-BROWN-000990
PLHHC-BROWN-001073
PLHHC-BROWN-001079
PLHHC-BROWN-001085
PLHHC-BROWN-001089
PLHHC-BROWN-001089
PLHHC-BROWN-001467
PLHHC-BROWN-001493
PLHHC-BROWN-001493
PLHHC-BROWN-001494
PLHHC-BROWN-001494
PLHHC-BROWN-001496
PLHHC-BROWN-001512
PLHHC-BROWN-001522
PLHHC-BROWN-001540
PLHHC-BROWN-001540
PLHHC-BROWN-001541
PLHHC-BROWN-001541
PLHHC-BROWN-001541
PLHHC-BROWN-001542
PLHHC-BROWN-001542
PLHHC-BROWN-001542
PLHHC-BROWN-001543
PLHHC-BROWN-001543
PLHHC-BROWN-001543
PLHHC-BROWN-001543
PLHHC-BROWN-001559
PLHHC-BROWN-001586
PLHHC-BROWN-001595
PLHHC-BROWN-001595
PLHHC-BROWN-001595
PLHHC-BROWN-001595
PLHHC-BROWN-001595
PLHHC-BROWN-001595
PLHHC-BROWN-001606
PLHHC-BROWN-001606
PLHHC-BROWN-001611

PLHHC-BROWN-001619
PLHHC-BROWN-001619
PLHHC-BROWN-001623
PLHHC-BROWN-001647
PLHHC-BROWN-001647
PLHHC-BROWN-001684
PLHHC-BROWN-001744
PLHHC-BROWN-001745
PLHHC-BROWN-001746
PLHHC-BROWN-001746
PLHHC-BROWN-001746
PLHHC-BROWN-001746
PLHHC-BROWN-001746
PLHHC-BROWN-001746
PLHHC-BROWN-001747
PLHHC-BROWN-001752
PLHHC-BROWN-001757
PLHHC-BROWN-001757
PLHHC-BROWN-001757
PLHHC-BROWN-001757
PLHHC-BROWN-001758
PLHHC-BROWN-001772
PLHHC-BROWN-001776
PLHHC-BROWN-001801
PLHHC-BROWN-001801
PLHHC-BROWN-001818
PLHHC-BROWN-002183
PLHHC-BROWN-002188
PLHHC-BROWN-002213
PLHHC-BROWN-002231
PLHHC-BROWN-002252
PLHHC-BROWN-002259
PLHHC-BROWN-002260
PLHHC-BROWN-002260
PLHHC-BROWN-002261
PLHHC-BROWN-002261
PLHHC-BROWN-002261
PLHHC-BROWN-002262
PLHHC-BROWN-002262
PLHHC-BROWN-002262
PLHHC-BROWN-002262
PLHHC-BROWN-002263
PLHHC-BROWN-002265

**<u>APPENDIX A</u>: ENTRIES STILL IN DISPUTE AS OF JUNE 1, 2026**

PLHHC-BROWN-002268
PLHHC-BROWN-002296
PLHHC-BROWN-002297
PLHHC-BROWN-002298
PLHHC-BROWN-002306
PLHHC-BROWN-002315
PLHHC-BROWN-002319
PLHHC-BROWN-002325
PLHHC-BROWN-002332
PLHHC-BROWN-002343
PLHHC-BROWN-004208
PLHHC-BROWN-004212
PLHHC-BROWN-004212
PLHHC-BROWN-004213
PLHHC-BROWN-004213
PLHHC-BROWN-004268
PLHHC-BROWN-004280
PLHHC-BROWN-004352
PLHHC-BROWN-004377
PLHHC-BROWN-004388
PLHHC-BROWN-004389
PLHHC-BROWN-004407
PLHHC-BROWN-004417
PLHHC-BROWN-004472