**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ESTUARY TRANSIT DISTRICT AND TEAMSTERS 671 HEALTH SERVICE & INSURANCE PLAN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>HARTFORD HEALTHCARE CORPORATION, HARTFORD HOSPITAL, HARTFORD HEALTHCARE MEDICAL GROUP, INC., INTEGRATED CARE PARTNERS, LLC,<br><br>            Defendants. | Case No.:      3:24-cv-01051 (SFR) |

**AFFIDAVIT OF MATTHEW W. RUAN IN SUPPORT OF
REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF 182 DOCUMENTS WITHHELD FOR PRIVILEGE**

I, Matthew W. Ruan, declare as follows:

1.      I am a partner at Justice Jagher London & Millen LLC, counsel of record for Plaintiffs Estuary Transit District and Teamsters 671 Health Service & Insurance Plan (collectively, "Plaintiffs"). I am admitted *pro hac vice* to practice before this Court and submit this affidavit in support of Plaintiffs' Reply In Further Support of Motion to Compel Production of 182 Documents Withheld for Privilege. I have personal knowledge of the statements below and, if called as a witness, could and would give competent testimony as to the following facts.

2.      On June 1, 2026, I met and conferred with Mr. Tom Dillickrath, counsel for Defendants, whereby the Parties agreed to narrow the scope of the present dispute by having Defendants produce approximately 70 documents under the mutual understanding that there would be no subject matter waiver caused by said production.

3.    Later that same day, at 2:47 PM Mountain Time (4:47 PM Eastern Time), I received an email from Mr. Jason Hoggan, also counsel for Defendants, attaching a production letter whereby Defendants produced 67 documents previously withheld for privilege. A true and correct copy of that email is attached hereto as Exhibit 1.

4.    A true and correct copy of the attachment to that email, the production letter described above, is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 1st day of June 2026, at Denver, Colorado.

/s/ Matthew W. Ruan
Matthew W. Ruan (*pro hac vice*)
**JUSTICE JAGHER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
Facsimile: (224) 632-4521
mruan@jjlmlaw.com

# EXHIBIT 1

**Monday, June 1, 2026 at 8:33:25 PM Mountain Daylight Time**

| | |
|---|---|
| **Subject:** | Estuary, et al. v. HHC, et al. / Document Production |
| **Date:** | Monday, June 1, 2026 at 2:47:19 PM Mountain Daylight Time |
| **From:** | Jason Hoggan |
| **To:** | Matthew Ruan, Jonathan M. Shapiro, Douglas Millen, Michael Eisenkraft, Christopher Bateman, Silvie Saltzman, Brent W. Johnson, Nathaniel Regenold, Eric L. Cramer, Frank Schirripa, Scott Jacobsen, Robert Wozniak, Michael Moskovitz, Alex Thompson, Samantha Gupta, Gwendolyn Nelson, Caitlin Coslett, Laurel Boman |
| **CC:** | Leo Caseria, Thomas Dillickrath, Joy Siu, Weissman, Stephen, Stock, Eric J., France, Jamie E., Obear, Josh, Joseph Antel |
| **Attachments:** | image001.png, 20260601 Caseria Letter re Estuary Downgrades.pdf |

Counsel,

Please see the attached correspondence. You should have received or will soon receive an FTP link containing a document production by Hartford HealthCare.

The password for the production is: <mark>dceqx3uaHa4}j5rE</mark>

Let us know if you have any issues accessing the documents.

Thanks,
Jason

**Jason C. Hoggan**
Special Counsel

 2200 Ross Avenue, 20th Floor
Dallas, TX 75201
Direct +1.469.391.7419 | Office +1.469.391.7400
jhoggan@sheppard.com | Bio | LinkedIn | sheppard.com

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

# EXHIBIT 2

# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
202.747.1900 main
202.747.1901 fax
www.sheppardmullin.com

202.747.1925 direct
lcaseria@sheppardmullin.com

June 1, 2026

*VIA EMAIL*

Michael B. Eisenkraft
Christopher J. Bateman
Brent W. Johnson
Nathaniel D. Regenold
**Cohen Milstein Sellers & Toll PLLC**
meisenkraft@cohenmilstein.com
cbateman@cohenmilstein.com
bjohnson@cohenmilstein.com
nregenold@cohenmilstein.com

Matthew W. Ruan
Douglas A. Millen
**Justice Jagher London & Millen LLC**
mruan@jjlmlaw.com
dmillen@jjlmlaw.com

Jonathan M. Shapiro
**Aeton Law Partners LLP**
jms@aetonlaw.com

Eric L. Cramer
Laurel Boman
**Berger Montague PC**
ecramer@bm.net
lboman@begermontague.com

Frank R. Schirripa
Scott Jacobsen
**Hatch Rose Schirripa & Cheverie LLP**
fschirripa@hrsclaw.com
sjacobsen@hrsclaw.com

Re:    *Estuary Transit District, et al. v. Hartford Healthcare Corporation, D. Conn.,*
*Case No. 3:24-cv-01051-SFR*

Dear Counsel:

Please find the attached documents in volumes **HHC-BROWN-VOL-059** and **HHC-BROWN-REPROD-27**, which are being produced by Defendants in response to Plaintiffs' Requests for the Production of Documents in the above-entitled action, subject to and without waiving Defendants' objections and responses to these requests. These documents were previously withheld as privileged. The Bates range and privilege log IDs for these documents are provided in **Attachment A**.

These documents are designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order in this case. For the avoidance of doubt and per agreement of the Parties, HHC's production of these documents does not constitute subject matter waiver.

**SheppardMullin**

June 1, 2026
Page 2

Sincerely,

Leo D. Caseria
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Encl.

cc: Counsel of Record

**SheppardMullin**

**Sheppard**Mullin

June 1, 2026
Page 3

## Attachment A

| Prod Bates Begin | Prod Bates End | Privilege Log ID |
|---|---|---|
| HHC-BROWN-VOL-59 | | |
| HHC-BROWN-06665507 | HHC-BROWN-06665508 | PLHHC-BROWN-0001791 |
| HHC-BROWN-06665511 | HHC-BROWN-06665517 | PLHHC-BROWN-0002223 |
| HHC-BROWN-06665456 | HHC-BROWN-06665505 | PLHHC-BROWN-0009818 |
| HHC-BROWN-06665433 | HHC-BROWN-06665434 | PLHHC-BROWN-0010555 |
| HHC-BROWN-06665442 | HHC-BROWN-06665444 | PLHHC-BROWN-0010966 |
| HHC-BROWN-06665445 | HHC-BROWN-06665446 | PLHHC-BROWN-0010969 |
| HHC-BROWN-06665447 | HHC-BROWN-06665449 | PLHHC-BROWN-0011075 |
| HHC-BROWN-06665450 | HHC-BROWN-06665452 | PLHHC-BROWN-0011186 |
| HHC-BROWN-06665453 | HHC-BROWN-06665454 | PLHHC-BROWN-0011205 |
| HHC-BROWN-06665236 | HHC-BROWN-06665239 | PLHHC-BROWN-0014928 |
| HHC-BROWN-06665240 | HHC-BROWN-06665285 | PLHHC-BROWN-0014929 |
| HHC-BROWN-06665286 | HHC-BROWN-06665292 | PLHHC-BROWN-0014930 |
| HHC-BROWN-06665293 | HHC-BROWN-06665300 | PLHHC-BROWN-0014931 |
| HHC-BROWN-06665302 | HHC-BROWN-06665302 | PLHHC-BROWN-0015007 |
| HHC-BROWN-06665304 | HHC-BROWN-06665304 | PLHHC-BROWN-0015120 |
| HHC-BROWN-06665306 | HHC-BROWN-06665306 | PLHHC-BROWN-0015227 |
| HHC-BROWN-06665307 | HHC-BROWN-06665308 | PLHHC-BROWN-0015228 |
| HHC-BROWN-06665309 | HHC-BROWN-06665314 | PLHHC-BROWN-0015949 |
| HHC-BROWN-06665316 | HHC-BROWN-06665317 | PLHHC-BROWN-0016006 |
| HHC-BROWN-06665319 | HHC-BROWN-06665320 | PLHHC-BROWN-0016085 |
| HHC-BROWN-06665322 | HHC-BROWN-06665322 | PLHHC-BROWN-0016102 |
| HHC-BROWN-06665325 | HHC-BROWN-06665339 | PLHHC-BROWN-0016510 |
| HHC-BROWN-06665340 | HHC-BROWN-06665343 | PLHHC-BROWN-0016511 |
| HHC-BROWN-06665346 | HHC-BROWN-06665352 | PLHHC-BROWN-0017518 |
| HHC-BROWN-06665353 | HHC-BROWN-06665358 | PLHHC-BROWN-0017519 |
| HHC-BROWN-06665359 | HHC-BROWN-06665367 | PLHHC-BROWN-0018026 |
| HHC-BROWN-06665368 | HHC-BROWN-06665376 | PLHHC-BROWN-0018027 |
| HHC-BROWN-06665377 | HHC-BROWN-06665380 | PLHHC-BROWN-0018201 |
| HHC-BROWN-06665518 | HHC-BROWN-06665520 | PLHHC-BROWN-0021949 |
| HHC-BROWN-06665521 | HHC-BROWN-06665523 | PLHHC-BROWN-0022156 |
| HHC-BROWN-06665524 | HHC-BROWN-06665531 | PLHHC-BROWN-0022226 |
| HHC-BROWN-06665532 | HHC-BROWN-06665535 | PLHHC-BROWN-0022570 |
| HHC-BROWN-06665536 | HHC-BROWN-06665539 | PLHHC-BROWN-0022685 |
| HHC-BROWN-06665540 | HHC-BROWN-06665540 | PLHHC-BROWN-0022712 |
| HHC-BROWN-06665542 | HHC-BROWN-06665544 | PLHHC-BROWN-0022987 |
| HHC-BROWN-06665545 | HHC-BROWN-06665546 | PLHHC-BROWN-0023198 |
| HHC-BROWN-06665547 | HHC-DROWN-06665551 | PLHHC-BROWN-0023236 |
| HHC-BROWN-06665552 | HHC-BROWN-06665555 | PLHHC-BROWN-0023237 |
| HHC-BROWN-06665556 | HHC-BROWN-06665557 | PLHHC-BROWN-0023257 |

**SheppardMullin**

June 1, 2026
Page 4

| Prod Bates Begin | Prod Bates End | Privilege Log ID |
|---|---|---|
| HHC-BROWN-06665559 | HHC-BROWN-06665563 | PLHHC-BROWN-0023457 |
| HHC-BROWN-06665383 | HHC-BROWN-06665386 | PLHHC-BROWN-0042132 |
| HHC-BROWN-06665392 | HHC-BROWN-06665394 | PLHHC-BROWN-0001424 |
| HHC-BROWN-06665395 | HHC-BROWN-06665397 | PLHHC-BROWN-0001425 |
| HHC-BROWN-06665398 | HHC-BROWN-06665398 | PLHHC-BROWN-0001426 |
| HHC-BROWN-06665399 | HHC-BROWN-06665401 | PLHHC-BROWN-0001427 |
| HHC-BROWN-06665402 | HHC-BROWN-06665404 | PLHHC-BROWN-0001428 |
| HHC-BROWN-06665405 | HHC-BROWN-06665405 | PLHHC-BROWN-0001429 |
| HHC-BROWN-06665406 | HHC-BROWN-06665406 | PLHHC-BROWN-0001430 |
| HHC-BROWN-06665409 | HHC-BROWN-06665410 | PLHHC-BROWN-0001433 |
| HHC-BROWN-06665411 | HHC-BROWN-06665413 | PLHHC-BROWN-0001434 |
| HHC-BROWN-06665414 | HHC-BROWN-06665414 | PLHHC-BROWN-0001435 |
| HHC-BROWN-06665416 | HHC-BROWN-06665419 | PLHHC-BROWN-0043752 |
| HHC-BROWN-06665420 | HHC-BROWN-06665420 | PLHHC-BROWN-0043753 |
| HHC-BROWN-06665421 | HHC-BROWN-06665424 | PLHHC-BROWN-0043754 |
| HHC-BROWN-06665425 | HHC-BROWN-06665425 | PLHHC-BROWN-0043755 |
| HHC-BROWN-06665426 | HHC-BROWN-06665426 | PLHHC-BROWN-0043756 |
| HHC-BROWN-06665427 | HHC-BROWN-06665427 | PLHHC-BROWN-0043757 |
| HHC-BROWN-06665428 | HHC-BROWN-06665429 | PLHHC-BROWN-0043758 |
| HHC-BROWN-06665430 | HHC-BROWN-06665430 | PLHHC-BROWN-0043759 |
| HHC-BROWN-06665432 | HHC-BROWN-06665432 | PLHHC-BROWN-0043772 |
| **HHC-BROWN-REPROD-027** | | |
| HHC-BROWN-05657115 | HHC-BROWN-05657118 | PLHHC-BROWN-0014934 |
| HHC-BROWN-06662427 | HHC-BROWN-06662427 | PLHHC-BROWN-0016145 |
| HHC-BROWN-06622000 | HHC-BROWN-06622000_0001 | PLHHC-BROWN-0016496 |
| HHC-BROWN-06622003 | HHC-BROWN-06622003_0001 | PLHHC-BROWN-0016499 |
| HHC-BROWN-06660111 | HHC-BROWN-06660111_0003 | PLHHC-BROWN-0022423 |
| HHC-BROWN-06056891 | HHC-BROWN-06056891_0003 | PLHHC-BROWN-0022658 |
| HHC-BROWN-06660308 | HHC-BROWN-06660308_0002 | PLHHC-BROWN-0022660 |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated this 1st day of June 2026.

/s/ Matthew W. Ruan
Matthew W. Ruan