**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| ESTUARY TRANSIT DISTRICT AND TEAMSTERS 671 HEALTH SERVICE & INSURANCE PLAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>HARTFORD HEALTHCARE CORPORATION, HARTFORD HOSPITAL, HARTFORD HEALTHCARE MEDICAL GROUP, INC., INTEGRATED CARE PARTNERS, LLC,<br><br>        Defendants. | Case No.:    3:24-cv-01051 (SFR) |

**NOTICE OF ERRATA AND NOTICE REGARDING DEFENDANTS' JUNE 1, 2026 PRODUCTION**

Plaintiffs submit this notice to provide the Court with an amended version of Appendix A, previously submitted in connection with Plaintiffs' Reply Memorandum of Law In Further Support of Plaintiffs' Motion to Compel Production of 182 Documents Withheld for Privilege [ECF No. 166] (the "Reply"), and to advise the Court regarding the Parties' forthcoming response to the Court's minute order [ECF No. 167] (the "Court's Order"). The Appendix A filed with the Reply inadvertently excluded the last digit of the privilege log ID numbers identifying the documents in dispute as of June 1, 2026. The attached Amended Appendix A corrects that error.

Additionally, the Amended Appendix A filed herewith includes documents that were produced with redactions by Defendants on June 1, 2026. As noted in Plaintiffs' Reply, "[o]n the same date" as the filing, "Defendants produced an additional 67 documents from their privilege log, subject to an agreement that there would be no subject matter waiver." Reply at 2. Since

1

Plaintiffs had not yet had an opportunity to review the production, as Plaintiffs also acknowledged in their Reply, Plaintiffs withdrew their challenges to those documents while expressly reserving "the right to challenge any documents that may have been produced in redacted form for which Plaintiffs disagree with the redactions made." *Id*. at 2 n.1. Plaintiffs have since reviewed the production and discovered that 27 of the 67 documents were produced with redactions that do not appear to Plaintiffs to be proper. Accordingly, those documents remain in dispute as to their redacted content and are subject to Plaintiffs' challenge.

To summarize, Amended Appendix A identifies 137 challenged entries: the 110 documents identified in the Reply and the 27 documents produced in redacted form on June 1, 2026. Plaintiffs include two of those documents as part of their selected ten-document sample for *in camera* review pursuant to the Court's Order, and Plaintiffs maintain their challenge to the remaining 25 redacted documents under the pending motion. Plaintiffs advised Defendants of this issue by conference call on June 10, 2026, and indicated that this notice would be filed. Plaintiffs respectfully submit it now to promptly correct the record.

Dated: June 10, 2026

Respectfully submitted,

*Samantha M. Gupta*
Samantha M. Gupta (*pro hac vice*)
**JUSTICE JAGHER LONDON & MILLEN LLC**
Douglas A. Millen (*pro hac vice*)
Michael E. Moskovitz (*pro hac vice*)
Robert J. Wozniak (*pro hac vice*)
Matthew W. Ruan (*pro hac vice*)
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
sgupta@jjlmlaw.com
dmillen@jjlmlaw.com
mmoskovitz@jjlmlaw.com
rwozniak@jjlmlaw.com
mruan@jjlmlaw.com

2

Mario Cerame (ct30125)
Jonathan M. Shapiro (ct24075)
**AETON LAW PARTNERS LLP**
311 Centerpoint Drive
Middletown, Connecticut 06475
Telephone: (860) 724-2160
jms@aetonlaw.com

Michael B. Eisenkraft (*pro hac vice*)
Christopher J. Bateman (*pro hac vice*)
Silvie R. Saltzman (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL
PLLC**
88 Pine Street, Suite 1400
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
meisenkraft@cohenmilstein.com
cbateman@cohenmilstein.com
ssaltzman@cohenmilstein.com

Brent W. Johnson (*pro hac vice*)
Nathaniel D. Regenold (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL
PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
nregenold@cohenmilstein.com

Caitlin Coslett
Eric L. Cramer (*pro hac vice*)
Laurel Boman (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ccoslett@bm.net
ecramer@bm.net
lboman@bm.net

Frank R. Schirripa (*pro hac vice*)
Scott Jacobsen (*pro hac vice*)

3

**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
Telephone: (212) 213-8311
fschirripa@hrsclaw.com
sjacobsen@hrsclaw.com

*Attorneys for Plaintiffs Estuary Transit District and Teamsters 671 Health Service & Insurance Plan and the Proposed Class*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated this 10th day of June, 2026.

/s/*Samantha M. Gupta*
Samantha M. Gupta