**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ESTUARY TRANSIT DISTRICT AND TEAMSTERS 671 HEALTH SERVICE & INSURANCE PLAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD HEALTHCARE CORPORATION, HARTFORD HOSPITAL, HARTFORD HEALTHCARE MEDICAL GROUP, INC., INTEGRATED CARE PARTNERS, LLC,<br><br>Defendants. | Case No.: 3:24-cv-01051 (SFR) |

**PLAINTIFFS' MOTION FOR EMERGENCY MISCELLANEOUS RELIEF DUE TO DEFENDANTS' FAILURE TO PRODUCE EXPERT WITNESS DR. CELESTE SARAVIA FOR A TIMELY DEPOSITION**

Pursuant to Federal Rules of Civil Procedure 16(b)(4), 26(b)(4), and 37(c), Local Civil Rules 7, 16(b), and 37, and Section 3 of the Court's Standing Order on Scheduling in Civil Cases, Plaintiffs Estuary Transit District and Teamsters 671 Health Service & Insurance Plan (collectively, "Plaintiffs") respectfully move for emergency miscellaneous relief due to the refusal of Defendants Hartford HealthCare Corporation, Hartford Hospital, Hartford Healthcare Medical Group, Inc., and Integrated Care Partners, LLC (collectively, "Defendants") to produce their Rule 26(a)(2)(B) expert witness, Dr. Celeste Saravia, for a deposition before Plaintiffs' reply class expert reports are due. Specifically, Plaintiffs request an order either (1) requiring Defendants to produce Dr. Saravia for a deposition by September 10, 2026, at least five days before the due date for Plaintiffs' reply expert reports; (2) prohibiting Defendants from relying on Dr. Saravia's expert report to oppose Plaintiffs' forthcoming class certification motion or to support or oppose any forthcoming *Daubert* motions related to class certification; or (3) modifying the operative

Scheduling Order, Dkt. 145, to extend the deadline to file Plaintiffs' reply expert reports until (a) October 28, 2026, five days after the only date Defendants have offered for Dr. Saravia's deposition, or (b) five days after the earliest date she can otherwise make herself available, whichever is soonest (with minimal other adjustments to the Scheduling Order).

As set forth in Plaintiffs' accompanying memorandum of law and supporting declaration, Plaintiffs have diligently attempted to schedule a deposition of Dr. Saravia with sufficient time to incorporate her testimony into Plaintiffs' forthcoming reply expert reports. Defendants refused without just cause to do so, offering only October 23, 2026, for Dr. Saravia's deposition, more than five weeks after Plaintiffs' reply reports are due. Plaintiffs bring this motion to vindicate their rights to timely depose Defendants' expert witness.

Dated: September 4, 2026

Respectfully Submitted,

*/s/ Jonathan M. Shapiro*

Mario K. Cerame (ct433928)
Jonathan M. Shapiro (ct24075)
**AETON LAW PARTNERS LLP**
311 Centerpoint Drive
Middletown, Connecticut 06475
Telephone: (860) 724-2160
mario@aetonlaw.com
jms@aetonlaw.com

Douglas A. Millen (*pro hac vice*)
Michael E. Moskovitz (*pro hac vice*)
Robert J. Wozniak (*pro hac vice*)
Matthew W. Ruan (*pro hac vice*)
Samantha M. Gupta (*pro hac vice*)
**JUSTICE JAGHER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
dmillen@jjlmlaw.com

mmoskovitz@jjlmlaw.com
rwozniak@jjlmlaw.com
mruan@jjlmlaw.com
sgupta@jjlmlaw.com
Michael B. Eisenkraft (*pro hac vice*)
Christopher J. Bateman (*pro hac vice*)
Silvie R. Saltzman (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL LLP**
88 Pine Street, Suite 1400
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
meisenkraft@cohenmilstein.com
cbateman@cohenmilstein.com
ssaltzman@cohenmilstein.com

Brent W. Johnson (*pro hac vice*)
Nathaniel D. Regenold (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
nregenold@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
Caitlin Coslett (*pro hac vice*)
Laurel Boman (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bergermontague.com
ccoslett@bergermontague.com
lboman@bergermontague.com

Frank R. Schirripa
Scott Jacobsen
**HACH ROSE SCHIRRIPA & REHNS LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
Telephone: (212) 213-8311

fschirripa@hrsclaw.com
sjacobsen@hrsclaw.com

*Attorneys for Plaintiffs Estuary Transit District and Teamsters 671 Health Service & Insurance Plan and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated this 4th day of September 2026.

*/s/ Jonathan M. Shapiro*
Jonathan M. Shapiro (ct24075)