**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ESTUARY TRANSIT DISTRICT AND TEAMSTERS 671 HEALTH SERVICE & INSURANCE PLAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD HEALTHCARE CORPORATION, HARTFORD HOSPITAL, HARTFORD HEALTHCARE MEDICAL GROUP, INC., INTEGRATED CARE PARTNERS, LLC,<br><br>Defendants. | Case No.: 3:24-cv-01051 (SFR) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 16(b) and this Court's order dated September 8, 2026, Dkt. 177, Plaintiffs Estuary Transit District and Teamsters 671 Health Service & Insurance Plan (collectively, "Plaintiffs") and Defendants Hartford HealthCare Corporation, Hartford Hospital, Hartford HealthCare Medical Group, Inc., and Integrated Care Partners, LLC (collectively, "HHC," and together with Plaintiffs, the "Parties") respectfully jointly move for the Court to amend the operative case management schedule as set forth in the table below. In support of their motion, the Parties state as follows:

1. The current scheduling Order is dated April 3, 2026. Dkt. 145. Pursuant to that Order, Plaintiffs' Rebuttal Class Expert Reports are due on September 15, 2026 and expert discovery closes on October 23, 2026.

2. On September 4, 2026, Plaintiffs filed their Motion for Emergency Relief Due to Defendants' Failure to Produce Expert Witness for Deposition. Dkt. 176. Having reviewed that

motion, the Court ordered the parties to "meet and confer to see whether they can agree . . . on a schedule that (a) allows plaintiffs to depose Dr. Saravia a reasonable number of days before their reply expert reports are due, and (b) keeps the existing dates for completing briefing on the anticipated class certification motion, and *Daubert* motions related thereto." Dkt. 177.

3. Pursuant to that order, the Parties met and conferred and respectfully jointly propose the following schedule, which extends the deadline for the reply class expert report of Dr. Jeffrey Leitzinger, the completion of Dr. Leitzinger's deposition, but "keeps the existing dates for completing briefing" on these motions. *See id.* As set forth below, under the proposed schedule, *Daubert* motion briefing will be complete on March 17, 2027 and class certification motion briefing will be complete on March 24, 2027, the same completion deadlines in the current operative scheduling Order, Dkt. 145.

| **Event** | **Operative Deadline (*see* Dkt. 145)** | **Proposed Deadline** |
|---|---|---|
| Plaintiffs' Rebuttal Class Expert Reports of Drs. Weiskopf and Romano | 9/15/2026 | 9/15/2026 |
| Plaintiffs' Rebuttal Class Expert Report of Dr. Leitzinger | 9/15/2026 | 10/28/2026 |
| Completion of Expert Depositions With the Exception of Dr. Leitzinger | 10/23/2026 | 10/23/2026 |
| Completion of Expert Deposition of Dr. Leitzinger | 10/23/2026 | 11/20/2026 |
| Deadline to File *Daubert* Motions Related to Class Certification | 11/18/2026 | 12/11/2026 |
| Deadline to File Motion to Certify Class | 11/25/2026 | 12/16/2026 |
| Deadline to File Opposition to Daubert Motions Related to Class Certification | 1/29/2027 | 2/5/2027 |
| Deadline to File Opposition to Motion to Certify Class | 2/5/2027 | 2/12/2027 |

| Event | Operative Deadline (*see* Dkt. 145) | Proposed Deadline |
|---|---|---|
| Deadline to File Reply in Support of *Daubert* Motions Related to Class Certification | 3/17/2027 | 3/17/2027 |
| Deadline to File Reply in Support of Motion to Certify Class | 3/24/2027 | 3/24/2027 |
| Parties to Inform the Court of Whether a Settlement Conference is Requested | 4/7/2027 | 4/7/2027 |
| Hearing on Motion for Class Certification | To be determined by the Court | To be determined by the Court |
| Exchange of Proposed Schedules for Merits Expert Reports, Summary Judgment, and Trial | One week after the Court's decisions on Motion to Certify Class and related *Daubert* Motions | One week after the Court's decisions on Motion to Certify Class and related *Daubert* Motions |
| Status Conference to Determine Remainder of Schedule | Two weeks after the Court's decisions on Motion to Certify Class and related *Daubert* Motions | Two weeks after the Court's decisions on Motion to Certify Class and related *Daubert* Motions |

Dated: September 11, 2026

Respectfully Submitted,

*/s/ Eric J. Stock*

Karen T. Staib (ct21119)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, CT 06103
Tel.: 860-251-5000
Fax: 860-251-5319
Email: kstaib@goodwin.com

*/s/ Michael B. Eisenkraft*

Mario K. Cerame (ct433928)
Jonathan M. Shapiro (ct24075)
**AETON LAW PARTNERS LLP**
311 Centerpoint Drive
Middletown, Connecticut 06475
Telephone: (860) 724-2160
mario@aetonlaw.com
jms@aetonlaw.com

Douglas A. Millen (*pro hac vice*)
Michael E. Moskovitz (*pro hac vice*)
Robert J. Wozniak (*pro hac vice*)
Matthew W. Ruan (*pro hac vice*)

Stephen Weissman
Jamie E. France
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8690
sweissman@gibsondunn.com
jfrance@gibsondunn.com

Eric J. Stock
Joshua J. Obear
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
(212)351-4000
estock@gibsondunn.com
jobear@gibsondunn.com

Thomas J. Dillickrath
Leo D. Caseria
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6801
(202) 747-1900
tdillickrath@sheppardmullin.com
lcaseria@sheppardmullin.com

Joy O. Siu
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111-4158
(415) 774-3108
jsiu@sheppardmullin.com

*Attorneys for Defendants Hartford Healthcare Corporation, Hartford Hospital, Hartford HealthCare Medical Group, Inc., and Integrated Care Partners, LLC*

Samantha M. Gupta (*pro hac vice*)
**JUSTICE JAGHER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
dmillen@jjlmlaw.com
mmoskovitz@jjlmlaw.com
rwozniak@jjlmlaw.com
mruan@jjlmlaw.com
sgupta@jjlmlaw.com

Michael B. Eisenkraft (*pro hac vice*)
Christopher J. Bateman (*pro hac vice*)
Silvie R. Saltzman (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL LLP**
88 Pine Street, Suite 1400
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
meisenkraft@cohenmilstein.com
cbateman@cohenmilstein.com
ssaltzman@cohenmilstein.com

Brent W. Johnson (*pro hac vice*)
Nathaniel D. Regenold (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
nregenold@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
Caitlin Coslett (*pro hac vice*)
Laurel Boman (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bergermontague.com
ccoslett@bergermontague.com
lboman@bergermontague.com

Frank R. Schirripa
Scott Jacobsen
**HACH ROSE SCHIRRIPA & REHNS LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
Telephone: (212) 213-8311
fschirripa@hrsclaw.com
sjacobsen@hrsclaw.com

*Attorneys for Plaintiffs Estuary Transit District and Teamsters 671 Health Service & Insurance Plan and the Proposed Class*