**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

ESTUARY TRANSIT DISTRICT AND TEAMSTERS 671 HEALTH SERVICE & INSURANCE PLAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

HARTFORD HEALTHCARE CORPORATION, HARTFORD HOSPITAL, HARTFORD HEALTHCARE MEDICAL GROUP, INC., INTEGRATED CARE PARTNERS, LLC,

Defendants.

Case No.: 3:24-cv-01051 (SFR)

**[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

Before the Court is the Parties' Joint Motion to Amend the Scheduling Order. Based upon the filings and proceedings herein, and finding good cause under Rule 16 of the Federal Rules of Civil Procedure and Local Civil Rule 16(b), it is hereby **ORDERED** that:

The following amended scheduling order shall govern.

| Event | Operative Deadline (*see* Dkt. 145) | Proposed Deadline |
|---|---|---|
| Plaintiffs' Rebuttal Class Expert Reports of Drs. Weiskopf and Romano | 9/15/2026 | 9/15/2026 |
| Plaintiffs' Rebuttal Class Expert Report of Dr. Leitzinger | 9/15/2026 | 10/28/2026 |
| Completion of Expert Depositions With the Exception of Dr. Leitzinger | 10/23/2026 | 10/23/2026 |
| Completion of Expert Deposition of Dr. Leitzinger | 10/23/2026 | 11/20/2026 |

| Event | Operative Deadline (*see* Dkt. 145) | Proposed Deadline |
|---|---|---|
| Deadline to File *Daubert* Motions Related to Class Certification | 11/18/2026 | 12/11/2026 |
| Deadline to File Motion to Certify Class | 11/25/2026 | 12/16/2026 |
| Deadline to File Opposition to Daubert Motions Related to Class Certification | 1/29/2027 | 2/5/2027 |
| Deadline to File Opposition to Motion to Certify Class | 2/5/2027 | 2/12/2027 |
| Deadline to File Reply in Support of *Daubert* Motions Related to Class Certification | 3/17/2027 | 3/17/2027 |
| Deadline to File Reply in Support of Motion to Certify Class | 3/24/2027 | 3/24/2027 |
| Parties to Inform the Court of Whether a Settlement Conference is Requested | 4/7/2027 | 4/7/2027 |
| Hearing on Motion for Class Certification | To be determined by the Court | To be determined by the Court |
| Exchange of Proposed Schedules for Merits Expert Reports, Summary Judgment, and Trial | One week after the Court's decisions on Motion to Certify Class and related *Daubert* Motions | One week after the Court's decisions on Motion to Certify Class and related *Daubert* Motions |
| Status Conference to Determine Remainder of Schedule | Two weeks after the Court's decisions on Motion to Certify Class and related *Daubert* Motions | Two weeks after the Court's decisions on Motion to Certify Class and related *Daubert* Motions |

**IT IS SO ORDERED.**

DATED: ______________________________

______________________________
Honorable Thomas O. Farrish
United States Magistrate Judge